■ MOUNTBATTEN EQUITIES, Respondent, v SCOTT DISCOUNT, Appellant. [647 NYS2d 944] —Order, Supreme Court, New York County (Walter Schackman, J.), entered May 9, 1996, unanimously affirmed for the reasons stated by Schackman, J., without costs and disbursements. No opinion. Concur—Milonas, J. P., Rosenberger, Wallach, Kupferman and Tom, JJ.